FILED

UNITED STATES DISTRICT COURT

2017 DEC 20  PM 12: 36

SOUTHERN DISTRICT OF NEW YORK

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

**LINCOLN SQUARE CAPITAL
MANAGEMENT, LLC**

_____

*Plaintiff*

2:17-MC-19-FtM-99MRM

-against-                                    **Civil Action No. 16 Civ. 5986 (AKH)**

**MEGHAN R. RIZZO**

_____

*Defendant(s)*

**CLERK'S CERTIFICATION OF A JUDGEMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgement is a copy of a judgement entered by this court on October 24, 2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P.  4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: Dec 19, 2017

CLERK OF COURT

_____

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LINCOLN SQUARE CAPITAL
MANAGEMENT, LLC,

              Plaintiff,

     -against-

MEGHAN R. RIZZO,

              Defendant.

--------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 10/24/17 |

16 **CIVIL** 5986 (AKH)

**DEFAULT JUDGMENT**

       Plaintiff Lincoln Square having moved for grant of Default Judgment against Defendant Meghan R. Rizzo for failure to defend in a timely manner, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on October 19, 2017 having issued its Order stating that Plaintiff has proved its damages in the amount of $85,952. Liberty Mut. Ins. Co. v. Fast Lane Car Service, Inc., 681 F. Supp. 2d 340 (E.D.N.Y. 2010). Damages represent fees incurred by Plaintiff in forming its fund, comprising $82,085 in fees to Debevoise & Plimpton LLC and $3,867 in miscellaneous expenses. A hearing is not necessary. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997); and directing the Clerk to enter judgment for Plaintiff in the amount of $85,952, and to close the file, it is,

       **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated October 19, 2017, Plaintiff has proved its damages in the amount of $85,952. Liberty Mut. Ins. Co. v. Fast Lane Car Service, Inc., 681 F. Supp. 2d 340 (E.D.N.Y. 2010). Damages represent fees incurred by Plaintiff in forming its fund, comprising $82,085 in fees to Debevoise & Plimpton LLC and $3,867 in miscellaneous expenses. A hearing is not necessary; judgment is entered for Plaintiff in the amount of $85,952; accordingly, the case is closed.

**DATED** : New York, New York
         October 24, 2017

                     RUBY J. KRAJICK

                     Clerk of Court    CERTIFIED AS A TRUE COPY ON

            By:                THIS DATE  12/19/2017
                   Deputy Clerk

                        BY
                               ( ) Clerk
                               ( ) Deputy