# EXHIBIT "A"

NS 10/24/17

Case 1:16-cv-05986-AKH   Document 25   Filed 10/24/17   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LINCOLN SQUARE CAPITAL
MANAGEMENT, LLC,
                    Plaintiff,

-against-

MEGHAN R. RIZZO,
                    Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/17

16 CIVIL 5986 (AKH)

DEFAULT JUDGMENT

       Plaintiff Lincoln Square having moved for grant of Default Judgment against Defendant Meghan R. Rizzo for failure to defend in a timely manner, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on October 19, 2017 having issued its Order stating that Plaintiff has proved its damages in the amount of $85,952. Liberty Mut. Ins. Co. v. Fast Lane Car Service, Inc., 681 F. Supp. 2d 340 (E.D.N.Y. 2010). Damages represent fees incurred by Plaintiff in forming its fund, comprising $82,085 in fees to Debevoise & Plimpton LLC and $3,867 in miscellaneous expenses. A hearing is not necessary. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997); and directing the Clerk to enter judgment for Plaintiff in the amount of $85,952, and to close the file, it is,

       **ORDERED, ADJUDGED, AND DECREED,** That pursuant to the Court's Order dated October 19, 2017, Plaintiff has proved its damages in the amount of $85,952. Liberty Mut. Ins. Co. v. Fast Lane Car Service, Inc., 681 F. Supp. 2d 340 (E.D.N.Y. 2010). Damages represent fees incurred by Plaintiff in forming its fund, comprising $82,085 in fees to Debevoise & Plimpton LLC and $3,867 in miscellaneous expenses. A hearing is not necessary; judgment is entered for Plaintiff in the amount of $85,952; accordingly, the case is closed.

DATED : New York, New York
             October 24, 2017

                                                     RUBY J. KRAJICK
                                                     Clerk of Court

                                             By: _K/Mango_
                                                        Deputy Clerk

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
     Deputy Clerk