UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINCOLN SQUARE CAPITAL MANAGEMENT, LLC,

    Plaintiff,

v.                                 Case No: 2:18-cv-686-FtM-99CM

MEGHAN R. RIZZO,

    Defendant.
_____

# ORDER[1]

This matter comes before the Court on Defendant's Suggestion of Bankruptcy (Doc. 25) filed on October 5, 2018. Defendant Meghan R. Rizzo[2] has filed a Chapter 7 Petition for relief under the Bankruptcy Code in the Bankruptcy Court for the Middle District of Florida. Pursuant to 11 U.S.C. § 362(a), the case will be stayed pending further order.

Accordingly, it is hereby

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The Court notes that the Suggestion of Bankruptcy states that the bankruptcy case is styled: *In re: Margaret Rose Rizzo*, Case No.: 9:18-bk-08523-FMD (Doc. 1 at 1). A review of the bankruptcy case shows that Margaret Rose Rizzo is also known as Meghan Rizzo.

1. This case is **stayed.** The Clerk shall **terminate** all pending motions and previously scheduled deadlines pending the conclusion of the bankruptcy case and add a stay flag to the case.

2. Defendant shall advise the Court, in writing, as to the status in the United States Bankruptcy Court **on or before February 14, 2019,** or sooner if appropriate, and every **120 DAYS** thereafter until the stay is due to be lifted.

3. Plaintiff may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy case, should this suit not be resolved by the Bankruptcy Court. If the suit is resolved by the bankruptcy case, the parties shall promptly notify the Court if this case is due to be dismissed.

**DONE and ORDERED** at Fort Myers, Florida, this 17th day of October, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record