UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINCOLN SQUARE CAPITAL
MANAGEMENT, LLC,

      Plaintiff,

v.                                   Case No.:  2:18-cv-686-FtM-38NPM

MEGHAN R RIZZO,

      Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of Plaintiff's Status Report of Bankruptcy Case (Doc. 36) filed on July 9, 2019. The Court stayed this case nine months ago pending Rizzo's bankruptcy case. In this latest status report, Plaintiff Lincoln Square Capital Management, LLC informed the Court that a status conference was scheduled to be held in the adversary proceeding on July 25, 2019, and Plaintiff anticipated that the bankruptcy court would enter a final judgment of default and an order determining the debt at issue here to be non-dischargeable. The Court has not heard anything further and requests another status report as to whether the stay is due to be lifted.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff is **DIRECTED** to advise the Court, in writing, on or before **August 28, 2019**, whether the United States Bankruptcy Court for the Middle District of Florida has resolved the underlying bankruptcy matter. If this suit has been resolved as a result, Plaintiff must state if this case is due to be dismissed. If the Bankruptcy Court did not resolve this case, Plaintiff must say so and move to reinstate this case to active status.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record