UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINCOLN SQUARE CAPITAL
MANAGEMENT, LLC,

    Plaintiff,

v.                                                Case No.:  2:18-cv-686-FtM-38NPM

MEGHAN R RIZZO,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff's Status Report of Bankruptcy Case (Doc. 39), informing the Court that the bankruptcy stay of this case is due to be lifted because the Bankruptcy Court determined that the debt Defendant owes to Plaintiff is exempted from discharge pursuant to a Final Default Judgment. (Doc. 39-1). Therefore, the Court finds that the stay is due to be lifted and this case is reinstated to active status. Because this case was commenced as a registration of a foreign judgment, there are no deadlines that presently affect the case. If there are any pre-stay motions that the Court needs to consider they will need to be re-filed.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The stay is hereby **LIFTED**. The Clerk shall reopen the case and correct the case flags.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record